# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, NC
NOV 14 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| James Jamar Smith (Plaintiff) | Civil Action |
| V. | No: 1:25-cv-00405-MOC |
| FNU Peterson – Correctional officer at the North Carolina State prison (M.C.I) – Individually and in official capacity. (Defendant) | Complaint |

## I. JURISDICTION & VENUE

(1.) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3). Plaintiff Smith seeks declatory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff Smith claims for injunctive relief are authorized by 28 U.S.C sections 2283 & 2284 and Rule 65 of Federal Rules of Civil Procedure.

(2.) The Western District of N.C. is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II. PLAINTIFF

(3.) Plaintiff Smith is and was at all times mentioned herein a prisoner of the State of North Carolina in the custody of North Carolina Dept. of Adult Corrections. Plaintiff is currently confined in Marion Correctionals located in Marion, North Carolina.

# III. DEFENDANT

(4.) Officer Peterson is an employee hired by the State of North Carolina (NCDAC) where officers duty include protecting inmates from harmful behavior.

# IV STATEMENT OF FACTS

(5.) On 10-30-2025 at approximately 4:09 Am Defendant Peterson entered F-unit North wing (FUN) and yelled "I'm going to write you up" while looking at Plaintiff cell. When Plaintiff asked what for Defendant Peterson yelled insults referencing Plaintiff to be a child molester - though Plaintiff has never been charged with molestation or any sexual charges of that nature. Furthermore Defendant Peterson then yelled threats that influenced gang members/security risk group (SRG) to physically attack Plaintiff Smith. Upon exiting the Dorm Defendant Peterson yelled "I hope they fuck your black ass up".

(6.) Defendant Peterson & Plaintiff has had similar incident(s) in the past which led to Def. lashing out, making threats & inciting other validated gangs/security risk groups (SRG) to harm Plaintiff.

(7.) Plaintiff Smith is not (SRG) or a validated gang member.

# V LEGAL CLAIMS

(8.) Defendant Peterson exhibited deliberate indifference to Plaintiff Smiths health & safety by knowingly influencing inmates to attack Plaintiff Smith physically and verbally, Defendant Peterson acted with a sufficient culpable state of mind while causing extreme deprivation to Plaintiffs well-being & causing significant emotional injury - where in lies a substantial risk of serious harm resulting from Plaintiffs exposure to other inmates influenced by Defendant Petersons threats & accusations.

## V LEGAL CLAIMS (Continued...)

(9.) Defendant Peterson actions violated Plaintiff Smiths rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Smith pain, suffering, potential injury and severe emotional distress.

(10.) This matter is an exceptional circumstance that the Courts should look into as it involves violations of Constitution rights by an employee hired by the state penitentiary who irresponsibly imposed on operations that conflicted with North Carolina Dept. of Adult Corrections Policy & Procedure.

(11.) Defendant Petersons imposed threats & allegations subjugates Plaintiff Smith to verbal & physical attacks from the various gangs/security risk groups (SRG) that account for over 70% of the prison population at Marion Correctionals.

## VI PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this Court enter Judgement:

(12.) Granting Plaintiff Smith a declaration that the acts and omissions described here violate his rights under the Constitution & laws of the United States, and

(13.) A pre-liminary and permanent injunction ordering North Carolina Dept. of Adult Corrections to immediately transfer Plaintiff Smith from Marion Correctionals to another facility as to ensure his safety, and

(14.) Granting Plaintiff Smith Compensatory damages in the amount of $5,000.00 against the defendant severally.

## VI. PRAYER FOR RELIEF (continued...)

(15.) Plaintiff seeks nominal damages and punitive damages in the amount of $5,000.00

(16.) Plaintiff also seeks a jury trial on all issues triable by jury.

(17.) Plaintiff also seeks recovery of the cost in the suit and any additional relief this court deems just, proper and equitable.

Date: ~~11~~-04-2025

Respectfully submitted by, James Jamar Smith #1455428

Marion Correctional Institute

355 Old Glenwood Road

Marion, N.C. 28752

## VERIFICATION

I James S. Smith have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information & belief, and as to these, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

- Executed at Marion, North Carolina on 11-04-2025.

Plaintiff Signature: _James Smith_        - James Smith

\* Plaintiff respectfully informs the Court that in addition to being pro se and not having any legal training - NCDAC prisoners are denied physical law library access. As such plaintiff asks this honorable Court to hold this Complaint to a less stringent standard than one filed by an attorney. \*